UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

- against -

PALM TREE SPORTS BAR, INCORPORATED,
d/b/a PALM TREE SPORTS BAR,

        Defendant.
------------------------------------------------------------------X

**ORDER**
09-CV-5350 (RRM)(MDG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 28 2011 ★

BROOKLYN OFFICE

**MAUSKOPF, United States District Judge.**

By motion filed March 15, 2010, Plaintiff moved for default judgment as to Defendant Palm Tree Sports Bar, Incorporated. By Order entered March 17, 2010, this Court referred that motion to the assigned Magistrate Judge, the Honorable Marilyn D. Go, for a Report and Recommendation. On March 8, 2011, Judge Go issued a Report and Recommendation (the "R&R") recommending that the Court enter judgment in favor of the Plaintiff against Defendant, and awarding Plaintiff: $1,430.00 in damages, $4,300.00 in enhanced damages, and $470.00 in costs, for a total judgment of $6,200.00. Judge Go reminded the parties that, pursuant to Rule 72(b), any objection to the R&R was due March 25, 2011. No party has filed any objection.

Pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007). Accordingly, judgment shall enter in favor of the Plaintiff against all Defendants as follows: $1,430.00 in damages, $4,300.00 in enhanced damages, and $470.00 in costs, for a total judgment of $6,200.00. The Clerk of Court shall enter judgment accordingly, and close this case.

SO ORDERED.

Dated: Brooklyn, New York
      March 28, 2011

s/Roslynn R. Mauskopf
_____
ROSLYNN R. MAUSKOPF
United States District Judge